# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE TEMPER SPORTS, INC., et al., | Case No. 09-13446 (PJW) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of David M. Feldman of Gibson Dunn & Crutcher LLP to represent Credit Suisse, Cayman Islands Branch, as Agent in these cases.

Dated: October 8, 2009

Sean M. Beach (No. 4070)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with the Standing Order for the District Court effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 8, 2009

David M. Feldman
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: _____

_____
United States Bankruptcy Judge

DB02:8811085.1                                                                                              900002.0001