# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------ x | |
| In re: : | Chapter 11 |
| : | |
| TRUE TEMPER SPORTS, INC. : | Case No. 09-13446 (PJW) |
| : | |
| Debtor.[1] : | |
| : | |
| ------------------------------------------------------ x | |
| In re: : | Chapter 11 |
| : | |
| TRUE TEMPER CORPORATION : | Case No. 09-13447 (PJW) |
| : | |
| Debtor. : | |
| ------------------------------------------------------ x | |
| In re: : | Chapter 11 |
| : | |
| TRUE TEMPER SPORTS-PRC : | Case No. 09-13448 (PJW) |
| HOLDINGS, INC. : | |
| : | |
| Debtor. : | **Related Docket No. 4** |
| ------------------------------------------------------ x | |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the Motion[2] of the above-captioned Debtors for entry of order directing the joint administration of these chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1; and upon consideration of the Motion and all pleadings related thereto, including the Jenne Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: True Temper Sports, Inc. (2620), True Temper Corporation (4519), and True Temper Sports-PRC Holdings, Inc. (6895). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 8275 Tournament Drive, Suite 200, Memphis, Tennessee 38125.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and that the relief requested will reduce the administrative burdens on the Court and the parties; and after due deliberation, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned chapter 11 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of True Temper Sports, Inc., Case No. 09-13446 (PJW)

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                                   :   Chapter 11
                                                         :
TRUE TEMPER SPORTS, INC., et al.,                        :   Case No. 09-13446 (PJW)
                                                         :
                        Debtors.[1]                      :   (Jointly Administered)
---------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: True Temper Sports, Inc. (2620), True Temper Corporation (4519), and True Temper Sports-PRC Holdings, Inc. (6895). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 8275 Tournament Drive, Suite 200, Memphis, Tennessee 38125.

5. The Clerk of the Court shall make a docket entry in each of the cases of TTC and TTS-PRC, substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of True Temper Sports, Inc., True Temper Corporation, and True Temper Sports-PRC Holdings, Inc. The docket in the chapter 11 case of True Temper Sports, Inc., Case No. 09-13446 (PJW) should be consulted for all matters affecting this case."

6. Any creditor filing a proof of claim against any of the Debtors shall file such proof of claim against the chapter 11 case of the Debtor against which it holds such claim, and not against the jointly administered case, unless such creditor actually asserts a claim against True Temper.

7. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 9, 2009
Wilmington, Delaware

_____
Peter J. Walsh
United States Bankruptcy Judge

46701/0001-6044008v1