**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

True Temper Sports, Inc., *et al.*,

Case No. 09-13446 (PJW)

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   ) Debtor's petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(   ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

**( x ) Insufficient response to the United States Trustee communication/contact for service on the committee.**

(   ) No unsecured creditor interest.

(   ) Non-operating debtors-in-possession - - no creditor interest.

(   ) Application to convert to Chapter 7 or to dismiss pending.

(   ) Converted or dismissed.

(   ) Other:

                                                     ROBERTA A. DeANGELIS
                                                     Acting United States Trustee

                                                     /s/ Joseph J. McMahon, Jr. for
                                                     William K. Harrington
                                                     Assistant United States Trustee

DATED: October 20, 2009

Attorney assigned to cases: David L. Buchbinder, Esquire, Phone: (302) 673-6491, Fax: (302) 573-6497
Debtors' counsel: Marion M. Quirk, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117