IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRUE TEMPER SPORTS, INC., et al., | : | Case No. 09-13446 (PJW) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | **Related Docket No. 64** |

## ORDER GRANTING MOTION, IN PART, OF THE DEBTORS FOR AN ORDER (I) GRANTING THE DEBTORS ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) PERMANENTLY WAIVING THE REQUIREMENTS TO FILE SAME UPON CONFIRMATION OF PREPACKAGED PLAN

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for the entry of an order (this "Order") (i) granting the Debtors additional time to file their schedules of assets and liabilities and statements of financial affairs, and (ii) permanently waiving the requirement for filing same upon confirmation of their Prepackaged Plan; and upon consideration of the Motion and all pleadings related thereto, including the Jenne Declaration; and upon consideration of the objection filed by the United States Trustee and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefore;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: True Temper Sports, Inc. (2620), True Temper Corporation (4519), and True Temper Sports-PRC Holdings, Inc. (6895). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 8275 Tournament Drive, Suite 200, Memphis, Tennessee 38125.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

46701/0001-6085943v1

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, in part, as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended for an additional one (1) day beyond the thirty (30) day extension provided under Local Rule 1007-1(b) to November 9, 2009 at 12:00 p.m. (Eastern time).

3. The Debtors are required to identify creditors holding Trade Unsecured Claims in their Schedules.

4. Such extension is without prejudice to the Debtors' right to seek further extensions of time within which to file their Schedules and Statements; provided, however, that the Debtors are required to file their Schedules and Statements by November 9, 2009 to maintain the confirmation hearing scheduled for November 18, 2009.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Date: Nov. 2, 2009
Wilmington, Delaware

Peter J. Walsh
United States Bankruptcy Judge